UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
                                          :
In re                                     :    Case No. 04-11114 (RDD)
                                          :
MONICA ROBERTS,                           :
                                          :
                    Debtor.               :
                                          :
-------------------------------------------------------x

## STIPULATION EXTENDING TIME FOR THE UNITED STATES TRUSTEE AND CHAPTER 7 TRUSTEE TO TAKE ACTION PURSUANT TO 11 U.S.C. SECTIONS 707 (a) and (b) AND 727

IT IS HEREBY STIPULATED AND AGREED, that the time within which the United States Trustee and Chapter 7 Trustee may file motions to dismiss this Chapter 7 case pursuant to Section 707(a) and (b) of the Bankruptcy Code and/or to object to discharge pursuant to Section 727 of the Bankruptcy Code is hereby extended for an additional 90 days, through and including August 23, 2004, without prejudice to any further extension of time that the United States Trustee and Chapter 7 Trustee may seek.

IT IS FURTHER STIPULATED AND AGREED, that in accordance with the attached Consent and Authorization For Access to Financial Records, the debtor has authorized the disclosure of financial records for a period of three months, and, in addition, has authorized the undersigned bankruptcy counsel to grant further extensions of time for the disclosure of financial records.

Dated: New York, New York
       April 27, 2004

                                    MONICA ROBERTS,
                                    Debtor

                            By:   /s/ Lance Roger Spodek
                                  Lance Roger Spodek, Esq.  (LS-6117)
                                  Counsel to Debtor
                                  Lance Roger Spodek, P.C.
                                  277 Broadway - Suite 1200
                                  New York, NY 10007

| Dated: New York, New York | DEIRDRE A. MARTINI |
| May 3, 2004 | UNITED STATES TRUSTEE |

By:    /s/ Greg M. Zipes
Greg M. Zipes (GMZ-4539)
33 Whitehall Street – 21st Floor
New York, New York 10004
(212) 510-0500

| Dated: New York, New York | ROBERT L. GELTZER, ESQ. |
| May 3, 2004 | CHAPTER 7 TRUSTEE |

By:    /s/ Robert L. Geltzer
Robert L. Geltzer (RG-   )
Chapter 7 Trustee
Tendler, Biggins & Geltzer
1556 Third Avenue - Suite 505
New York, New York 10128

**SO ORDERED:**

**/s/Robert D. Drain**
**ROBERT D. DRAIN**
**U.S. BANKRUPTCY JUDGE**

**Dated:**    **New York, New York**
   **May 4, 2004**